HARVEY P. SACKETT (72488)        *E-FILED 03-12-2010*

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERI L. McNALLEN, | ) Case No: C-09-05084 HRL |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of thirty (30) days up through and including Friday, April 9, 2010 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

1

STIPULATION AND ORDER

All deadlines will be extended accordingly.

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

Dated: March 5, 2010                        /s/
                                      MICHAEL A. CABOTAJE
                                    Special Assistant U.S. Attorney

Dated: March 5, 2010                        /s/
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    TERI L. McNALLEN

IT IS SO ORDERED.

Dated:  March 12, 2010                     _____
                                    HON. HOWARD R. LLOYD
                                    United States Magistrate Judge

STIPULATION AND ORDER