HARVEY P. SACKETT (72488)                    *E-FILED 03-12-2010*

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI L. McNALLEN, | ) No.: C-09-05084-HRL |
| Plaintiff, | ) |
| v. | ) |
| | ) NOTICE AND PROPOSED ORDER OF |
| MICHAEL J. ASTRUE, | ) SUBSTITUTION OF COUNSEL |
| Commissioner, | ) |
| Social Security Administration, | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE TERI L. McNALLEN, Plaintiff in the above-captioned case, hereby substitutes herself in pro per, in the place and stead of HARVEY P. SACKETT.

Dated: February 30, 2010            *[signature]*
                                    TERI L. McNALLEN

Dated: February 30, 2010            /s/
                                    HARVEY P. SACKETT

1

NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL

1  IT IS SO ORDERED.

2

3  Dated: __March 12, 2010__         _____
                                      HON. HOWARD R. LLOYD
4                                     United States Magistrate Judge

5

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

2

NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL