*E-FILED 01-19-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERI MCNALLEN, | No. C09-05084 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

Nearly one year ago, plaintiff Teri McNallen substituted pro se, in place of her then current attorney, Harvey P. Sackett. This court also approved the parties' stipulation giving McNallen a 30-day extension of time, to April 9, 2010, in which to locate new counsel and to file her motion for summary judgment. To date, however, there has been no appearance of new counsel. Nor has McNallen filed a summary judgment motion. Indeed, in the last ten months or so, there has been no significant activity on this docket.

Accordingly, **no later than February 18, 2011**, McNallen shall file a response to this order and show cause why this action should not be dismissed for failure to prosecute. Failure to respond to this order will be deemed grounds for dismissal.

SO ORDERED.

Dated:   January 19, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:09-cv-05084-HRL Notice has been electronically mailed to:

Cynthia B. De Nardi    cynthia.denardi@ssa.gov

Jacob Micah Mikow    jacob.mikow@ssa.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:09-cv-05084-HRL Notice mailed to:

Teri McNallen
232 Rankin Street
Santa Cruz, CA 95060