United States District Court
For the Northern District of California

***E-FILED 02-25-2011***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TERI MCNALLEN,

Plaintiff,

v.

MICHAEL J. ASTRUE,

Defendant.
_______________________________________/

No. C09-05084 HRL

**ORDER OF DISMISSAL**

On January 19, 2011, this court issued an order directing plaintiff to show cause, by February 18, 2011, why this case should not be dismissed for failure to prosecute. Plaintiff was warned that the failure to respond to the show cause order would be deemed grounds for dismissal. (Docket No. 24). The response deadline has passed, and having received no response from plaintiff, this case is dismissed without prejudice. The clerk shall close the file.

SO ORDERED.

Dated: February 25, 2011

______________________________
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:09-cv-05084-HRL Notice has been electronically mailed to:

Cynthia B. De Nardi cynthia.denardi@ssa.gov

Jacob Micah Mikow jacob.mikow@ssa.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:09-cv-05084-HRL Notice mailed to:

Teri McNallen
232 Rankin Street
Santa Cruz, CA 95060

United States District Court
For the Northern District of California